# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney m
standing of this Court's general bar or be granted leave to
by Local Rules 83.12 through 83.14.

08CV 1104
JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS

In the Matter of

Mosha v. Chicago Police Officers M. Pinzine (Star # 3366), R.
Duran, (Star # 15514), and City of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Happy Mosha

**FILED**

FEB 2 2 2008

Feb 22 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| NAME (Type or print) <br> Brendan Shiller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Law Office of Brendan Shiller, LLC | |
| STREET ADDRESS <br> 4554 N Broadway, Suite 325 | |
| CITY/STATE/ZIP <br> Chicago IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279789 | TELEPHONE NUMBER <br> (773) 907-0940 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐