IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAPPY MOSHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1104 |
| v. ) | |
| ) | |
| CHICAGO POLICE OFFICERS ) | |
| M. PINZINE (Star #3366), ) | Judge Gottschall |
| R. DURAN (Star #15514), ) | |
| and the CITY OF CHICAGO, ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   Brendan Shiller
      Law Offices of Brendan Shiller
      4554 N. Broadway Ave.
      Suite 325
      Chicago, Illinois 60640
      T: (773) 907-0940
      brendan@shillerlaw.com
      *Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on April 22, 2008, the undersigned caused to be filed in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Defendants' Joint Answer to Plaintiff's Complaint, Affirmative Defenses and Jury Demand, a copy which is herewith served upon you via the Court's ECF system.

Dated: April 22, 2008

                                        Respectfully submitted,

                                        /s/ Christopher A. Wallace
                                        Christopher A. Wallace
                                        Assistant Corporation Counsel
                                        *Attorney for Defendants*

                                        City of Chicago Department of Law
                                        Individual Defense Litigation Division
                                        30 N. LaSalle St., Suite 1400
                                        Chicago, IL 60602

1

T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on April 22, 2008, I caused a copy of the above Notice of Filing to be served via the Court's ECF system upon all counsel of record.

/s/ Christopher Wallace
Christopher Wallace