**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HAPPY MOSHA | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   -vs- | ) | No. 08 C 1104 |
| | ) | |
| CHICAGO POLICE OFFICERS | ) | |
| M. PINZINE (#3366), R. DURAN (#15514), | ) | |
| M. BARTZ (#16315), T. COVELLI (#15028), | ) | Honorable Joan B. Gottschall |
| SGT. MARK FOREST (# 1935) | ) | |
| and the CITY OF CHICAGO | ) | Honorable Arlander Keys |
|     Defendants. | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on Thursday, June 12, 2008, at 9:30 am, before the Honorable Judge Gottschall, I will present the attached Motion for Leave to File Amended Complaint, copies of which will be submitted via U.S. Mail to the following:

    Christopher Wallace
    City of Chicago, Dept of Law
    14th Floor
    30 N. Lasalle
    Chicago, IL 60602


    Respectfully submitted,


    /s/ Brendan Shiller /s/
    Brendan Shiller

## **PROOF OF SERVICE**

The undersigned attorney, on oath, states that he served the above notice and the document referred therein, on the above named person(s), via U.S. Mail on May 27, 2008.

/s/ Brendan Shiller /s/

Law Office of Brendan Shiller, LLC
4554 N. Broadway, Suite 325
Chicago, IL 60640
312.332.6462
ARDC: 6279789