**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Happy Mosha

                Plaintiff,

v.                                                 Case No.: 1:08–cv–01104
                                                 Honorable Joan B. Gottschall

M. Pinzine, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Hearing on motion held on 6/12/2008. Plaintiff's Motion for leave to file first amended complaint [12] is granted. Defendants to answer or otherwise plead on or before 7/3/2008. Status hearing set for 9/3/2008 at 9:30 a.m. stands. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.