UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAPPY MOSHA, ) | |
| ) | No. 08 C 1104 |
| Plaintiff, ) | |
| ) | Judge Gottschall |
| vs. ) | |
| ) | Magistrate Judge Arlander Keys |
| CHICAGO POLICE OFFICERS M. ) | |
| PINZINE (#3366), R. DURAN (#15514), ) | Jury Demand |
| M. BARTZ (#16315), T. COLVELLI ) | |
| (#15028), SGT. MARK FOREST (#1935), ) | |
| and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT MOTION FOR ENTRY OF QUALIFIED HIPAA PROTECTIVE ORDER

Defendants, Officer Covelli, Officer Bartz, Sergeant Forrest, Officer Pinzine and Officer (jointly referred to herein as "Individual Defendant Officers"), by and through their attorney Christopher A. Wallace, Assistant Corporation Counsel of the City of Chicago, and Defendant City of Chicago, by and through its attorney Mara S. Georges, Corporation Counsel, (collectively referred to hereinafter as "Defendants")respectfully move this Honorable Court, pursuant to Fed.R.Civ.P. 26(c) and 45 C.F.R. §§ 160 and 164, for entry of the attached "Agreed Qualified HIPAA Protective Order."

In support thereof, the Defendants state as follows:

1. Defendants anticipate that documents pertaining to the parties and non-parties may be sought and produced in this matter, particularly medical information covered by the Health Insurance Portability and Accountability Act.

2. Medical information is protected by the Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 and 42 U.S.C. (2002). The "Privacy Standards" for such information is found at 45 C.F.R. §§ 160 and 164 (2000).

3. Defendants' proposed "Qualified HIPAA Protective Order," attached hereto as Exhibit A, prohibits use of medical information covered by the Health Insurance Portability and Accountability Act. Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law. This order will also protect against improper dissemination of confidential information and unfairness in the trial process.

4. No prejudice to plaintiff will result by entry of this order. Defendants have made efforts to have the attached order agreed to by Plaintiff's counsel but have been unsuccessful.

**WHEREFORE,** Defendants respectfully request that this Court enter the attached "Qualified HIPAA Protective Order" in this matter.

Dated: July 18, 2008

Respectfully submitted,

Officer Pinzine
Officer Duran
Officer Bartz
Officer Covelli
Sgt. Forrest

By: /s/ *Christopher A. Wallace*
Christopher A. Wallace

Assistant Corporation Counsel
*Attorney for Individual Defendants*

City of Chicago Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602

T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

City of Chicago

Mara S. Georges
Corporation Counsel

By: /s/ *Christopher A. Wallace*
       Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendant City of Chicago*

City of Chicago Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on July 16, 2008, I caused a copy of the foregoing Motion to be served upon all counsel of record by filing the same before the Court via the Court's ECF system.

/s/ *Christopher Wallace*
Christopher Wallace

3