UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAPPY MOSHA, <br><br> Plaintiff, <br><br> vs. <br><br> CHICAGO POLICE OFFICERS M. PINZINE (#3366), R. DURAN (#15514), M. BARTZ (#16315), T. COLVELLI (#15028), SGT. MARK FOREST (#1935), and the CITY OF CHICAGO, <br><br> Defendants. | No. 08 C 1104 <br><br> Judge Gottschall <br><br> Magistrate Judge Arlander Keys <br><br> Jury Demand |

## NOTICE OF MOTION

To: Brendan Shiller
Law Offices of Brendan Shiller
4554 N. Broadway Ave.
Suite 325
Chicago, Illinois 60640
T: (773) 907-0940
brendan@shillerlaw.com
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on, Thursday, July 24, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Joan B. Gottschall, Courtroom Number 2325 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendants' Motion for Entry of Qualified HIPAA Protective Order, a copy of which is herewith served upon you.

Dated: July 16, 2008

Respectfully submitted,

/s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendants*

City of Chicago Department of Law
Individual Defense Litigation Division

30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on July 16, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon all counsel of record.

/s/ Christopher Wallace
Christopher Wallace