## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1104 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Mosha vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' joint motion for entry of qualified HIPAA protective order [16] is granted. Oral motion by counsel for defendants to strike and remove attachment to said motion "Qualifed HIPAA Protective Order" [16-2] is granted. The clerk is directed to remove pdf. Qualified HIPAA Protective Order [16-2] from the docket. Counsel to resubmit order to Judge Gottschall's proposed order link.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|