Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1104 | DATE | 7/29/2008 |
| CASE TITLE | Happy Mosha vs. Pinzine, et al | | |

**DOCKET ENTRY TEXT**

Enter Qualified HIPAA Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 30 PM 3:12
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|