UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAPPY MOSHA, | ) |
| | ) No. 08 C 1104 |
| Plaintiff, | ) |
| | ) Judge Gottschall |
| vs. | ) |
| | ) Magistrate Judge Arlander Keys |
| CHICAGO POLICE OFFICERS M. PINZINE (#3366), R. DURAN (#15514), M. BARTZ (#16315), T. COLVELLI (#15028), SGT. MARK FOREST (#1935), and the CITY OF CHICAGO, | ) Jury Demand |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Brendan Shiller
Attorney for plaintiff,
Happy Mosha
Law Office of Brendan Shiller, LLC
4554 N. Broadway Ave., Suite 325
Chicago, Illinois 60640
(773) 907-0940
Attorney No. 6279795
DATE: 9/19/09

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Christopher Wallace
Assistant Corporation Counsel
Attorney for City of Chicago and
defendants, Meredith Pinzine, Rene
Duran, T. Covelli, M. Bartz, and Sgt.
Mark Forrest
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 06278655

DATE: _8/22/08_