# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1104 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Happy Mosha vs. Pinzine, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. All claims of plaintiff, Happy Mosha, against defendants, City of Chicago, Meredith Pinzine, Rene Duran, T. Covelli, M. Bartz, and Sgt. Mark Forrest, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. Status hearing set for 9/3/2008 is stricken. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 26  AM 9:08
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|