UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAPPY MOSHA, | ) |
| | ) No. 08 C 1104 |
| Plaintiff, | ) |
| | ) Judge Gottschall |
| vs. | ) |
| | ) Magistrate Judge Arlander Keys |
| CHICAGO POLICE OFFICERS M. PINZINE (#3366), R. DURAN (#15514), M. BARTZ (#16315), T. COLVELLI (#15028), SGT. MARK FOREST (#1935), and the CITY OF CHICAGO, | ) Jury Demand |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Happy Mosha, by one of her attorneys, Brendan Shiller, and defendants, Meredith Pinzine, Rene Duran, T. Covelli, M. Bartz, and Sgt. Mark Forrest, by one of their attorneys, Christopher Wallace, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Happy Mosha, against defendants, City of Chicago, Meredith Pinzine, Rene Duran, T. Covelli, M. Bartz, and Sgt. Mark Forrest, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Christopher Wallace
Assistant Corporation Counsel

ENTER: _____
The Honorable Joan B. Gottschall

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 06278655

United States District Judge

DATED: 8/25/08

AUG 25 2008